

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

TYRONE CADE

VS.                                                    CAUSE NUMBER AP-76,883

THE STATE OF TEXAS

## ORDER

The above styled and numbered was before this Court on direct appeal from appellant's capital murder conviction and sentence of death in Cause No. F-1133962R in the 265th District Court of Dallas County. On February 25, 2015, this Court issued an opinion affirming the conviction. On June 17, 2015, rehearing was denied.

Accordingly, the following exhibits are ordered returned to the District Clerk of Dallas County:

1. Defendant's Exhibit No. 1 (a computer hard drive)
2. State's Exhibits 109 - 113 (color photographs)

IT IS SO ORDERED THIS THE 15th DAY OF JANUARY, 2016

PER CURIAM

EN BANC

DO NOT PUBLISH